United States District Court
Southern District of Texas
**ENTERED**
August 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICARDO LOPEZ, JR. AND MARIA LOPEZ, *Plaintiffs,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:23cv911 |
| AMERICAN HONDA MOTOR CO., INC. AND HONDA MOTOR COMPANY, LTD. *Defendants.* | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Order and Memorandum Recommendation dated July 14, 2025 (Dkt. 94) and the objections thereto (Dkt. 95), the Court is of the opinion that said Memorandum and Order and Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Order and Memorandum and Recommendation are hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant American Honda Motor Co., Inc.'s Motion to Exclude Plaintiff's Expert Witness, Tony Gioutsos (Dkt. 72) is **GRANTED in part** and Plaintiff's Expert Tony Gioutsos is not permitted to offer the opinion that Honda's CAT system suffered from a design defect, or that a safer alternative design would have prevented Mr. Lopez's death or significantly reduced his injury.

It is further **ORDERED** that Defendant American Honda Motor Co., Inc.'s Motion for Summary Judgment (Dkt. 71) is **GRANTED**.

**SIGNED** at Houston, Texas this __6th__ day of August, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE