United States District Court
Southern District of Texas
**ENTERED**
August 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICARDO LOPEZ, JR. AND MARIA LOPEZ, *Plaintiffs,* | § § § § | |
| V. | § § | CIVIL ACTION NO. 4.23cv911 |
| AMERICAN HONDA MOTOR CO., INC. AND HONDA MOTOR COMPANY, LTD., *Defendants* | § § § § | |

## FINAL JUDGMENT

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiffs' claims in this case are **DISMISSED** in their entirely **WITH PREJUDICE** and Plaintiffs **SHALL** take nothing on the claims asserted in this case.

Costs shall be taxed against Plaintiffs.

**THIS IS A FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this __6th__ day of August, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE